IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Anthony M. Bush, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  14-0691-CV-W-HFS |
| | ) | |
| NCO Financial Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PRETRIAL PROCEDURES

1. The parties shall meet to discuss settlement, make or arrange for the disclosures required by Federal Rules of Civil Procedure 26(a)(1) and develop a proposed discovery plan as required by Federal Rules of Civil Procedure 26(f). This meeting shall take place 14 days before the Proposed Scheduling Order is due. Discovery shall commence immediately thereafter.

2. The parties shall file a Proposed Scheduling Order by **October 22, 2014**, which must include the deadlines listed in Local Rule 16.1(f). Since Plaintiff appears pro se, Defendant's counsel, in accordance with Local Rule 16.1(d), shall take the lead in preparing the Proposed Scheduling Order.

3. **Please note: The deadlines in paragraphs one and two do not conform with those in Federal Rules of Civil Procedure 26(f) and Local Rule 16.1. Both rules expressly permit the Court to make modifications. In all other respects Federal Rules of Civil Procedure 26(f) and Local Rule 16.1 remain in effect.**

4. Counsel are reminded that:
   a.   The filing of motions does not postpone discovery.   Local Rule 26.1(b)2.
   b.   Extensions of discovery deadlines are governed by Local Rule 16.3.
   c.   The number and form of interrogatories are governed by Federal Rule of Civil Procedure 33.
   d.   The form of answers to certain discovery requests is provided in Local Rule 26.2.
   e.   Local Rule 37.1 governs discovery disputes.
   f.   Counsel must indicate whether the case will be tried to the court or jury and the length of the trial.

/s/ Howard F. Sachs
HOWARD F.   SACHS
UNITED STATES DISTRICT JUDGE

September 22, 2014

Kansas City, Missouri